## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: THE ESTATE OF ANNA S. WIERZBICKI A/K/A ANNA WIERZBICKI, DECEASED

JOAN AND CHRISTOPHER CLARK, Petitioners

v.

WANDA KORENOSKI, EXECUTRIX, Respondent

: No. 67 WAL 2018
:
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.